UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TABATHA WHITE

v.                                         No. 3:06-cv-0428
                                             Judge William J. Haynes Jr.

JEWEL STEELE

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **Tabatha White** (TOMIS ID #333402), DOB 1973) is, in due form and process of law, confined in the custody of the Tennessee Prison for Woman, 3881 Stewart Lane, Nashville, Tennessee 37218.

2. Said individual is the petitioner in Case No. 3:06-cv-0428 and requests that she be present for the oral argument for summary judgment on February 29, 2008 at 9:30 a.m. before a United States District Judge in the United States District Court for the Middle District of Tennessee, at Nashville. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: February 20, 2008

                                                  s/ *Sumter L. Camp*
                                                  Sumter L. Camp
                                                  Assistant Federal Public Defender
                                                  Petitioner

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    Warden, Tennessee Prison for Women, Nashville, Tennessee 37218
        United States Marshal, Middle District of Tennessee

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **TABATHA WHITE (DOB:1973), TOMIS ID #333402)**, now confined in the custody of the Davidson County Sheriff's Office (CCA), Nashville, Tennessee 37211, to the United States Courthouse at 110 8th Avenue South in Nashville, Tennessee, as soon as practicable for the purpose of appearing at the oral argument on February 29, 2008 at 9:30 a.m. and, unless otherwise ordered, for all other necessary proceedings in this case. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in the defendant's state case.

WITNESS, the Honorable William J. Haynes Jr., United States District Judge, Middle District of Tennessee.

DATED:
                                                  William J. Haynes Jr.
                                                  Chief United States District Judge