IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TABATHA WHITE, | ) | |
| | ) | |
| Petitioner, | ) | NO. 3:06-0428 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JEWEL STEELE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Petition's motion for summary judgment (Docket Entry No. 12) is **GRANTED**. The writ of habeas corpus shall issue to release the Petitioner from the State's custody.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___7th___ day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Court