IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TABATHA WHITE, | ) | |
|---|---|---|
| Petitioner, | ) | NO. 3:06-0428 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| JEWEL STEELE, Warden, | ) | |
| Respondent. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Petitioner's motion for summary judgment (Docket Entry No. 62) is **GRANTED,** and the Respondents's motion for summary judgment (Docket Entry No. 63) is **GRANTED** as to all of Petitioner's claims, but is **DENIED** as to Petitioner's claim that she had ineffective assistance of counsel for her trial counsel's failure to request a jury instruction on circumstantial evidence. The writ of habeas corpus shall issue. The State has 120 days to retry the Petitioner.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this 31st day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge