IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TABATHA WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:06-cv-0428 |
| | ) | Judge Haynes |
| JEWEL STEELE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

*[Handwritten note from Judge: Order. In light of the Sixth Circuit's Order, this motion is DENIED as moot. [signature] 9-8-14]*

## MOTION FOR STATUS AS TO RESPONDENT'S MOTION TO ALTER OR AMEND AND MOTION FOR STAY

On March 31, 2014, this Court entered an order granting a writ of habeas corpus to petitioner, Tabatha White, after finding that the Tennessee Court of Criminal Appeals' decision affirming her first-degree murder conviction was an unreasonable application of clearly established federal law. [D.E. No. 64.] The court directed that the petitioner be retried within 120 days, resulting in a compliance deadline of **July 29, 2014**. [D.E. No. 65.] On April 25, 2014, the respondent moved to alter or amend this judgment pursuant to Fed. R. Civ. Pro. 59, and also moved for a stay of this Court's judgment pending the motion's determination and a potential appeal to the United States Court of Appeals for the Sixth Circuit. [D.E. No. 67-68.] The respondent appealed the Court's underlying decision on July 10, 2014 [D.E. No. 75], but this Court retains jurisdiction over the timely filed motions requesting alternation of the judgment. *O'Sullivan v. Duro-Last, Inc.*, 7 Fed. App'x. 509, 519 (6th Cir. 2011).

1